UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CHAIDEZ,<br><br>           Plaintiff,<br><br>   v.<br><br>J. VANGILDER, et al.,<br><br>           Defendants. | Case No. 16-cv-01330-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE INMATE DEPOSITIONS**<br><br>Re: Dkt. No. 24 |

Good cause appearing, defendants' motion for leave to depose percipient inmate witnesses Bendy Falla (AS-2720) and Jose R. Ramirez (V-49802) in California state prison, is GRANTED. *See* Fed. R. Civ. P. 30(a)(2)(B).

This order terminates Docket No. 24.

**IT IS SO ORDERED.**

Dated:  9/30/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge