UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CHAIDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. VANGILDER, et al.,<br><br>    Defendants. | Case No. 16-cv-01330-HSG (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

    A settlement conference was held on May 30, 2017, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

        ( X ) Plaintiff, Oscar Chaidez Pro Se.

        ( ) Warden or warden's representative

        ( X ) Office of the California Attorney General, Ian Ellis.

        ( ) Other:

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3) The outcome of the proceeding was:

        ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

        ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 5/31/2017

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CHAIDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>J. VANGILDER, et al.,<br><br>    Defendants. | Case No. 16-cv-01330-HSG (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 31, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Chaidez ID: #E-38598
Centinel State Prison A2-233
P.O. Box 901,
Imperial, CA 92251

Dated: May 31, 2017

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: _____
                                        Gloria Knudson, Deputy Clerk to the
                                        Honorable NANDOR J. VADAS