UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

OSCAR CHAIDEZ,

        Plaintiff,

    v.

J. VANGILDER, et al.,

        Defendants.

Case No.  16-cv-01330-HSG   (NJV)

**SCHEDULING ORDER**

Re: Dkt. No. 38

Pursuant to the discussion held at the status conference on June 6, 2017, the following dates are hereby set in this case.

Within 40 days of this order, the parties will prepare and exchange initial disclosures as outlined in Federal Rule of Civil Procedure 26.

At the end of the initial disclosure period, the parties will have 140 days to conduct fact-based discovery including all remaining non-expert depositions, written discovery, discovery motions, and third-party discovery.

Any expert designations and reports are due on the first court day after the close of fact discovery.

The parties will have 60 days to conduct expert discovery.

Summary-judgment deadlines will be set by Judge Haywood S. Gilliam at a later date. Judge Gilliam will also determine pretrial and trial deadlines as necessary.

**IT IS SO ORDERED**.

Dated: July 7, 2017

_____

NANDOR J. VADAS
United States Magistrate Judge